IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50376
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

NIKASHA LAVERNE EASLEY,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-97-CR-124-1
- - - - - - - - - - -

February 11, 1999

Before BARKSDALE and EMILIO M. GARZA, Circuit Judges.[*]

PER CURIAM:[**]

Nikasha Laverne Easley appeals her sentence following a guilty plea for possession with intent to distribute crack cocaine. 21 U.S.C. § 841(a)(1). Easley argues that the district court erred in converting currency found in her purse into crack cocaine equivalents in determining the quantity of drugs attributable to her for sentencing purposes. A district court may convert currency resulting from drug proceeds into drug

_____

[*]This matter is being decided by a quorum. 28 U.S.C. § 46(d).

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

equivalents for the purpose of sentencing.  <u>See</u> <u>United States v. Fitzgerald</u>, 89 F.3d 218, 223-24 (5th Cir. 1996).  The district court's drug-quantity determination was not clearly erroneous. <u>See</u> <u>United States v. Mergerson</u>, 4 F.3d 337, 345 (5th Cir. 1993).

AFFIRMED.